**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 21, 2018

February 20, 2018

VIA ECF

The Honorable Katherine Polk Failla
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Coordinated RMBS Trustee Litigation Against Wells Fargo Bank, N.A.*,
            Nos. 14-cv-09371, 14-cv-09764, 14-cv-10067, 14-cv-10102, 15-cv-10033
            (S.D.N.Y.)

Dear Judge Failla:

    We write on behalf of plaintiffs in the above-referenced matters. Pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases, plaintiffs respectfully request an in-person oral argument on their Rule 72 Objection and Motion to Vacate the Magistrate Judge's Orders Concerning Defendant Wells Fargo Bank, N.A.'s Discovery and Knowledge of Breaches ("Rule 72 Objection"). The Rule 72 Objection was submitted to Your Honor's Chambers by e-mail on January 16, 2018 and defendant Wells Fargo Bank, N.A. submitted its response on February 13, 2018. The Rule 72 Objection is now fully briefed.

    Thank you for Your Honor's consideration of this request.

                                          Respectfully submitted,

| */s/ Christopher M. Wood* | */s/ Scott K. Attaway* | */s/ Ryan A. Kane* |
|---|---|---|
| Christopher M. Wood | Scott K. Attaway | Ryan A. Kane |
| Robbins Geller Rudman & Dowd LLP | Kellogg, Hansen, Todd Figel & Frederick, P.L.L.C. | Wollmuth Maher & Deutsch LLP |
| *Counsel for Plaintiff Royal Park Investments SA/NV* | *Counsel for Plaintiffs National Credit Union Administration Board, et al.* | *Counsel for Plaintiffs Phoenix Light SF Limited, et al. and Commerzbank AG* |

*/s/ Benjamin Galdston*
Benjamin Galdston
Bernstein Litowitz Berger & Grossmann LLP
*Counsel for Plaintiffs BlackRock Balanced Capital Portfolio (FI), et al.*

cc:  All Counsel (via ECF)

1375284_1

The Court is in receipt of the above request and shall schedule oral argument if and when the Court would find it useful in resolving Plaintiffs' Rule 72 Objections.

Dated: February 21, 2018        SO ORDERED.
       New York, New York

                                *[signature: Katherine Polk Failla]*

                                HON. KATHERINE POLK FAILLA
                                UNITED STATES DISTRICT JUDGE