```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COMMERZBANK A.G.,

                        Plaintiff,

       -against-

WELLS FARGO BANK, N.A.,

                        Defendant.

-----------------------------------------------------------------X

**ORDER**

15-CV-10033 (KPF) (SN)

SARAH NETBURN, United States Magistrate Judge:

       An all-day settlement conference is scheduled for April 13, 2021, from 10:00 a.m. to 6:00 p.m. The Court will be in communication with the parties regarding the conference format and preconference submissions in the coming weeks.

SO ORDERED.

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

Dated: March 24, 2021
       New York, New York