UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PHOENIX LIGHT SF LTD., *et al.*, | |
|---|---|
| Plaintiffs, | |
| -v.- | 14 Civ. 10102 (KPF) (SN) |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| COMMERZBANK AG, | |
| Plaintiff, | 15 Civ. 10033 (KPF) (SN) |
| -v.- | **ORDER** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference on **December 15, 2021, at 3:00 p.m.** At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:  December 15, 2021
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge