UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

COMMERZBANK A.G.,

                             **Plaintiff,**

          -against-                                   15-CV-10033 (KPF) (SN)

WELLS FARGO BANK, N.A.,                             <u>**ORDER**</u>

                            **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the Court's denial of summary judgment on the claims related to (1) the five Exception Report Trusts, (2) the Liquidated Loans Trusts, and (3) the one Early EOD Trust (OOMLT 2006-2 Trust), the parties are ORDERED to inform the Court whether any previously unaddressed legal issues raised in the parties' cross-motions for summary judgment require pre-trial judicial resolution, including the parties' respective <u>Daubert</u> motions. The parties are directed to meet and confer and to file a joint letter by July 22, 2022, identifying any additional pre-trial matters that are ripe for resolution. The parties are also encouraged to discuss whether settlement at this time would be appropriate.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                       United States Magistrate Judge

Dated: July 13, 2022
       New York, New York