**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
COMMERZBANK A.G.,

                           Plaintiff,

          -against-                                    15 **CIVIL** 10033 (KPF)(SN)

                                                  <u>**JUDGMENT**</u>

WELLS FARGO BANK, N.A.,

                           Defendant.

-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated August 1, 2022, and the Court's Opinion and Order dated July 12, 2022, the Court has GRANTED Defendant's motion for summary judgment as to the Phoenix Light Plaintiffs' claims in their entirety. Further, the Court has GRANTED in part and DENIED in part the parties' cross-motions for summary judgment as to Commerzbank's claims. More specifically, the Court: has GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Sold Certificates; has GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Negating Clause Securities, except with respect to the four loans upon which Judge Netburn reserved judgment; has GRANTED Defendant's motion for summary judgment as to Commerzbank's claims arising out of the Separate Trustee Claims, except with respect to the eight loans upon which Judge Netburn reserved judgment; has GRANTED Defendant's motion for summary judgment as to the Early EOD Trusts, with the exception of Commerzbank's claims arising out of the OOMLT 2006-2 Trust; has GRANTED Defendant's motion for summary judgment as to the German SOL Trusts; has GRANTED Defendant's motion for summary judgment as to the Exception Report Trusts, with the exception of claims under trusts (i) GPMF 2005-AR4; (ii) GPMF 2006-AR1;

(iii) GPMF 2006-AR3; (iv) MSAC 2005-WMC5; and (v) OWNIT 2006-2; and DENIED

Defendant's motion for summary judgment as to the Liquidated Loans Trusts; accordingly, the

case is closed.

**Dated:** New York, New York

August 2, 2022

**RUBY J. KRAJICK**

_____

**Clerk of Court**

BY:

_K. mango_

_____

**Deputy Clerk**
